UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81581-CIV-MARRA

TELMA MOJICO,

    Plaintiff,

vs.

MIDLAND FUNDING, LLC,

    Defendant.
_____/

**ORDER REQUIRING COUNSEL TO CONFER
& FILE JOINT SCHEDULING REPORT**

    THIS CAUSE came before this Court upon removal of the case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1, and the Federal Rules of Civil Procedure;

2. All filings by the parties in this case shall be filed with the Clerk's Office in West Palm Beach, Florida.  See Local Rule 3.4.D;

3. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, unless this action is excluded under Rule 26(a)(B), **the parties must confer by January 21, 2015** to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan that indicates the parties' views and proposals concerning the matters listed in Rule 26(f);

4. The parties are jointly responsible for submitting a written report of this conference

outlining the proposed discovery plan within fourteen (14) days after the conference;

5. Counsel for the parties shall hold a **scheduling conference** either at the same time as the discovery conference described in Rule 26(f) or within fourteen (14) calendar days thereafter.  <u>See</u> Local Rule 16.1(B).

6.  Within fourteen (14) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(2)&(3).  This report **shall indicate the proposed month and year for the trial** plus the estimated number of trial days required, as well as an indication of whether the trial is to be a <u>**jury trial or bench trial**</u>.

7. The parties may submit a single report combining the discovery plan report and the scheduling conference report;

8. Participation in the scheduling conference and filing of the scheduling report shall not waive any rights to pursue remand or dismissal of the case.  Similarly, filing of a motion to dismiss does not discharge the duties of the parties to file a joint scheduling report.

9. Failure of counsel or unrepresented parties to file a discovery plan report or joint scheduling report may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

**NOTICE REGARDING VIDEO RECORDING:**

The Southern District of Florida is participating in a national pilot project for video recording proceedings in certain civil cases, as described more fully in Administrative Order 2012-001 posted on the Court's website.  The undersigned judge is participating in this project. Hence, the undersigned intends to video record all trials and evidentiary hearings in his civil cases, subject to the availability of the courtroom that contains the requisite recording equipment,

unless parties or witnesses in their cases object. In addition, any other proceedings in the undersigned 's cases may be recorded where the parties request or the public (with the consent of the parties) request.

1. It is necessary that parties either consent or object to the video recording of each proceeding. Parties should submit either a PARTY RESPONSE TO REQUEST FOR VIDEO RECORDING form or a REQUEST TO EXEMPT WITNESS(ES) FROM VIDEO RECORDING form for each proceeding. They must then fill out the form indicating whether or not they consent to video recording, and return it to the court by five (5) days prior to any hearing. The forms can be found on this website below. *A form must be submitted for each hearing.*

2. Non-parties may request video recording of proceedings by submitting a REQUEST FOR VIDEO RECORDING form.

Unless otherwise ordered, executed forms should be returned via e-mail pursuant to instructions found on the Court's website: www.flsd.uscourts.gov **as well as a courtesy copy sent to marra@flsd.uscourts.gov**. Further questions regarding the operation of this pilot project, how parties can submit forms, or how non-parties can request video recording, should be directed to the pilot liaison, Operations Supervisor John Ditullio, who can be reached at (561)803-3411 or John_Ditullio@FLSD.uscourts.gov.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of January, 2015.

_____

KENNETH A. MARRA

United States District Judge

Copies furnished to:

All counsel