UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:14-CV-81581-KAM

TELMA MOJICO,

    Plaintiff,

vs.

MIDLAND FUNDING, LLC,

    Defendant.
_____/

## JOINT 26(f) REPORT

Pursuant to Fed. R. Civ. P. 26(f) Plaintiff, TELMA MOJICO, ["Plaintiff"] and Defendant, MIDLAND FUNDING, LLC ["Defendant"] [collectively the "Parties"], hereby file this proposed Joint 26(f) Report.

**I.**  **Mandatory areas of discussion as required by the Fed. R. Civ. P. 26(f)**

The parties recommend that discovery be conducted as set out in Fed. R. Civ. P. 26, and Local Rule 26.1, S.D. Fla. L.R.

    **(A)**  **Detailed Discovery Schedule**

The parties have discussed voluntary initial disclosures pursuant to Fed. R. Civ. P. 26. The parties agree to make voluntary initial disclosures in accordance with Fed. R. Civ. P. 26 on or before February 13, 2015..

In addition to the voluntary initial disclosures, Plaintiff may take depositions and may serve on Defendant at least one set of interrogatories, requests for production and requests for admissions.

In addition to the voluntary initial disclosures, Defendant may take depositions and may

serve on Plaintiff at least one set of interrogatories, requests for production and requests for admissions. Defendant may seek discovery from non-parties pursuant to Fed. R. Civ. P. 45.

**(B)** **Discovery:** The parties currently intend to seek discovery with respect to all allegations contained in the Complaint and any amendments thereto, and in the Answer and Affirmative Defenses filed by Defendant. The parties do not believe that discovery should be conducted in phases. Any discovery filed prior to removal of this matter is deemed withdrawn.

**(C)** **Electronically Stored Information:** The parties agree that reasonably accessible electronically stored information will be produced in .pdf format pursuant to any Request to Produce. To the extent electronically stored information is not reasonably accessible, the parties agree to follow the guidelines provided in Fed. R. Civ. P. 26(b)(2)(B).

**(D)** **Privilege and Trial-Preparation Materials:** The parties do not anticipate any issues regarding claims of privilege or protection of trial-preparation materials other than those that arise in the ordinary course of any litigation. The parties agree that the standard procedures contained in Fed. R. Civ. P. 26(b) will govern any such claims.

**(E)** **Limitations on Discovery:** The parties do not anticipate any changes or limitations on the scope of discovery provided in Fed. R. Civ. P. 26(b).

**(F)** **Any Other Orders:** The parties do not anticipate the need for the court to issue any other orders pursuant to Fed. R. Civ. P. 26(c), or 16(b) and (c) at this time.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint 26(f) Report.

| | |
|---|---|
| */s/Seth Wieder*<br>Seth Wieder, Esq.<br>Florida Bar No.:  91704<br>seth@floridaloanlawyers.com<br>Loan Lawyers, LLC<br><br>2150 S. Andrews Ave., 2nd Floor<br>Ft. Lauderdale, Florida 33316<br>Telephone:  (954) 523-4357<br>Facsimile:  (954) 581-2786<br><br>*Counsel for Plaintiff* | /s/ Patrick M. DeLong<br>Patrick M. DeLong, Esq.<br>Florida Bar No.: 982415<br>pmdelong@mdwcg.com<br>MARSHALL, DENNEHENY, WARNER, et al.<br>100 NE Third Avenue, Suite 1100<br>Fort Lauderdale, FL 33301<br>Telephone:  (954)847-4920<br>Facsimile: (954)627-6640<br><br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 8, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Patrick M. DeLong, Esq.
MARSHALL, DENNEHENY, WARNER, et al.
100 NE Third Avenue, Suite 1100
Fort Lauderdale, FL 33301
Counsel for Defendant MIDLAND
Service by CM/ECF

        LOAN LAWYERS, LLC
        *Attorneys for Plaintiff*
        2150 S. Andrews Ave., 2nd Floor
        Ft. Lauderdale, Florida 33316
        Telephone:   (954) 523-4357
        Facsimile:    (954) 581-2786

        /s/*Seth Wieder*_____
        Seth Wieder Esq.
        Florida Bar No.: 091704
        E-Mail: seth@floridaloanlawyers.com