UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-81581-CIV-MARRA

TELMA MOJICO,

    Plaintiff,

v.

MIDLAND FUNDING, LLC,

    Defendant.
_____/

## ORDER

This cause is before the Court upon the filing by the Parties of a Joint 26(f) Report [DE 5]. In this Report, the Parties indicate that they do not anticipate the need for the court to issue a scheduling order pursuant to Fed. R. Civ. P. 16(b) or (c) at this time. [*Id*. at 2, ¶(F)].

This Court's Order Requiring Counsel to Confer & File Joint Scheduling Report [DE 4] requires the Parties to file a joint scheduling report pursuant to Local Rule 16.1(b)(2)&(3). These sections provide as follows:

> **(b) Scheduling Conference and Order.**
> (2) *Conference Report.* The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for submitting to the Court, within fourteen (14) days of the conference, a written report outlining the discovery plan and discussing:
> (A) the likelihood of settlement;
> (B) the likelihood of appearance in the action of additional parties;
> (C) proposed limits on the time:
>     (i) to join other parties and to amend the pleadings;
>     (ii) to file and hear motions; and
>     (iii) to complete discovery.
> (D) proposals for the formulation and simplification of issues, including the

elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment;
(E) the necessity or desirability of amendments to the pleadings;
(F) the possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence;
(G) suggestions for the avoidance of unnecessary proof and of cumulative evidence;
(H) suggestions on the advisability of referring matters to a Magistrate Judge or master;
(I) a preliminary estimate of the time required for trial;
(J) requested date or dates for conferences before trial, a final pretrial conference, and trial; and
(K) any other information that might be helpful to the Court in setting the case for status or pretrial conference.
(3) *Joint Proposed Scheduling Order.* The Report shall be accompanied by a Joint Proposed Scheduling Order which shall contain the following information:
(A) Assignment of the case to a particular track pursuant to Local Rule 16.1(a) above;
(B) The detailed discovery schedule agreed to by the parties;
(C) Any agreements or issues to be decided by the Court regarding the preservation, disclosure, and discovery of documents, electronically stored information, or things;
(D) Any agreements the parties reach for asserting claims of privilege or protection of trial preparation material after production;
(E) A limitation of the time to join additional parties and to amend the pleadings;
(F) A space for insertion of a date certain for filing all pretrial motions;
(G) A space for insertion of a date certain for resolution of all pretrial motions by the Court;
(H) Any proposed use of the Manual on Complex Litigation and any other need for rule variations, such as on deposition length or number of depositions;
(I) A space for insertion of a date certain for the date of pretrial conference (if one is to be held); and
(J) A space for insertion of the date certain for trial.

The filing submitted by the Parties does not comply with these requirements.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties are to submit for the Court's

consideration a joint scheduling report that complies with the requirements of Local Rule

16.1(b)(2)&(3).

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of January, 2015.

_____
KENNETH A. MARRA
United States District Judge