UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:14-CV-81581-KAM

TELMA MOJICO,

        Plaintiff,

vs.

MIDLAND FUNDING, LLC,

        Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION

Pursuant to this Court's January 26, 2015 Order of Referral to Mediation [D.E. 8], Plaintiff, TELMA MOJICO and Defendant, MIDLAND FUNDING, LLC, give notice of selecting FRED BERMAN, to serve as mediator.

Respectfully submitted on March 24, 2015.

        /s/Yechezkel Rodal
        YECHEZKEL RODAL, ESQ.
        Florida Bar No. 91210
        chezky@floridaloanlawyers.com
        Loan Lawyers, LLC
        2150 S. Andrews Ave, 2nd Floor
        Ft. Lauderdale, FL 33316
        Telephone: (954) 523-4357
        Facsimile: (954) 581-2786
        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 24, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Patrick M. DeLong, Esq.
MARSHALL, DENNEHENY, WARNER, et al.
100 NE Third Avenue
Suite 1100
Fort Lauderdale, FL 33301
Counsel for Defendant MIDLAND
Service by CM/ECF

                                      LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone:  (954) 523-4357
Facsimile:  (954) 581-2786

 /s/Yechezkel Rodal
YECHEZKEL RODAL, ESQ.
Florida Bar No. 91210
chezky@floridaloanlawyers.com