UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:14-cv-81581-KAM

TELMA MOJICO

    Plaintiff,
vs.

MIDLAND FUNDING, LLC

    Defendant.
_____/

**DEFENDANT'S, UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO
COMPEL BETTER INTERROGATORY RESPONSES [D.E. 11]**

Defendant, MIDLAND FUNDING, LLC ("Midland"), by and through undersigned counsel, files its Unopposed Motion for an Extension of Time to File its Response in Opposition to Plaintiff's Motion to Compel Better Interrogatory Responses [D.E. 11], and in support of this Motion states:

1. Defendant's Response in Opposition to Plaintiff's Motion to Compel Better Interrogatory Responses is due Friday, April 10, 2015.

2. Due to work in other matters and the complexity of the issues involved, Defendant respectfully requests an extension of time to and including April 17, 2015 to file its Response in Opposition to Plaintiff's Motion.

3. Therefore, Defendant requests that the deadline for it to file its Response to Plaintiff's Motion to Compel be extended through and until April 17, 2015.

4. No party will be prejudiced if the Court grants the requested extension.

5. This Motion is made for good cause shown and is not being interposed for the purpose of delay.

## CERTIFICATE OF COUNSEL

6. Pursuant to Local Rule 7.1(a)(3), undersigned counsel contacted counsel for Plaintiff and is authorized to represent that counsel for Plaintiff does not oppose the relief granted in this Motion.

WHEREFORE, Defendant respectfully requests this Honorable Court grant its Motion for Extension of Time to file its Response in Opposition to Plaintiff's Motion to Compel Better Interrogatory Responses [D.E. 11] and enter an Order extending the deadline for it to file its response through and until April 17, 2015.

Respectfully submitted April 10, 2015.

Respectfully Submitted,

By  /s/ *Patrick DeLong*
    Patrick M. DeLong
    Fla. Bar No. 982415
    Attorneys for Midland Funding, LLC
    MARSHALL DENNEHEY WARNER
    COLEMAN & GOGGIN
    100 NE Third Avenue, 11th Floor
    Ft. Lauderdale, FL  33301
    Phone: (954) 837-4920/
    Fax: (954) 627-6640

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2015 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I e-mailed or mailed the foregoing document and the notice of electronic filing to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By  /s/  *Patrick M. DeLong*
Patrick M. DeLong

22/1442870.v1