UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-81581-CIV-MARRA/MATTHEWMAN

TELMA MOJICO,

    Plaintiff,

vs.

MIDLAND FUNDING, LLC

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Plaintiff, Telma Mojico's, Motion to Compel Better Interrogatory Responses [DE 11]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra [DE 8]. Pursuant to an Endorsed Order dated April 14, 2015 [DE 13], Defendant's Response to Plaintiff's Motion to Compel was due on or before Friday, April 17, 2015. It is hereby

**ORDERED** that Defendant show cause why Plaintiff's Motion to Compel [DE 11] should not be granted for failure to respond. Defendant shall respond to this Order to Show Cause on or before **Friday, May 1, 2015**.

**DONE AND ORDERED** in Chambers this 22nd day of April, 2015 at West Palm Beach, in the Southern District of Florida.



WILLIAM MATTHEWMAN
United States Magistrate Judge