**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:14-CV-81581-KAM**

TELMA MOJICO,

      Plaintiff,

vs.

MIDLAND FUNDING, LLC,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, TELMA MOJICO, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties expect to file the appropriate dismissal documents within thirty (30) days.

      Respectfully submitted,

      /s/Yechezkel Rodal
      YECHEZKEL RODAL, ESQ.
      Florida Bar No. 91210
      LOAN LAWYERS, LLC
      *Attorneys for Plaintiff*
      2150 S. Andrews Ave., 2nd Floor
      Fort Lauderdale, FL 33316
      Telephone: (954) 523-4357
      Facsimile: (954) 581-2786
      chezky@floridaloanlawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on April 23, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Patrick M. DeLong, Esq.
MARSHALL, DENNEHENY, WARNER, et al.
100 NE Third Avenue
Suite 1100
Fort Lauderdale, FL 33301
Counsel for Defendant
Service by CM/ECF

        LOAN LAWYERS, LLC
        *Attorneys for Plaintiff*
        2150 S. Andrews Ave., 2nd Floor
        Fort Lauderdale, FL 33316
        Telephone: (954) 523-4357
        Facsimile: (954) 581-2786

        /s/Yechezkel Rodal
        YECHEZKEL RODAL, ESQ.
        Florida Bar No. 91210
        chezky@floridaloanlawyers.com