UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:14-CV-81581-MARRA/MATTHEWMAN

TELMA MOJICO,

    Plaintiff,

vs.

MIDLAND FUNDING, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the Parties' Joint Stipulation for Final Order of Dismissal [D.E. 16]. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [D.E. 16] is hereby approved, adopted, and ratified by the Court;
2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;
3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot;
4. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction, the Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 4th day of May, 2015.

                                                  KENNETH A. MARRA
                                                  United States District Judge

*Copies furnished to:*

Counsel of Record